UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOMTOCHUKWU ENYIOMA OGBONNA | : | DOCKET NO. 13-cv-2442 |
| VS. | : | JUDGE MINALDI |
| CHARLES MAIORANA, *ET AL.* | : | MAGISTRATE JUDGE KAY |

### REPORT AND RECOMMENDATION

Currently before the court is respondents' rule 12(b)(1) motion to dismiss [doc. 12] the petition for writ of habeas corpus filed by *pro se* petitioner, Somtochukwu Enyioma Ogbonna ("Ogbonna"). This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B).

Ogbonna filed a petition for writ of habeas corpus pursuant to 22 U.S. C. § 2241, asserting that his continued detention beyond six months is unconstitutional under the Supreme Court's ruling in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Doc. 1.

In their motion to dismiss, respondents submit that petitioner Ogbonna was removed from the United States on October 2, 2013. Doc. 12, att. 2, p. 1. Since Ogbonna is no longer detained by ICE, there is no longer a justiciable controversy before the court. *See Alwan v. Ashcroft,* 388 F.3d 507, 511 (5th Cir. 2004).

Accordingly,

IT IS RECOMMENDED that Respondent's motion to dismiss be GRANTED.

IT IS FURTHER RECOMMENDED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed. R. Civ. Proc. 72(b), a party aggrieved by this report and recommendation has 14 days from its service to file specific, written objections with the clerk of court. A party may respond to another party's objections within 14 days after being served with a copy thereof.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this report and recommendation within 14 days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.**

THUS DONE this 29th day of October, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE